[No. 22090–0–I.  Division One.  January 30, 1989.]

THE STATE OF WASHINGTON, *Respondent,* v. MICHAEL BRIDGES, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 87–1–04802–7, Susan R. Agid, J., entered April 7, 1988. *Dismissed* by unpublished per curiam opinion.

[No. 22033–1–I.  Division One.  January 30, 1989.]

THE STATE OF WASHINGTON, *Respondent,* v. BRIAN YORK, *Appellant.*

Appeal from a judgment of the Superior Court for Snohomish County, No. 85–1–00978–3, Gerald L. Knight, J., entered March 10, 1988. *Dismissed* by unpublished per curiam opinion.

[No. 21589–2–I.  Division One.  January 30, 1989.]

THE STATE OF WASHINGTON, *Respondent,* v. STEVEN FARMER, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 87–1–02399–7, Herbert M. Stephens, J., entered December 21, 1987. *Dismissed* by unpublished per curiam opinion.

[No. 21352–1–I.  Division One.  January 30, 1989.]

THE STATE OF WASHINGTON, *Respondent,* v. TIMOTHY V. ALGER, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 80–1–02952–1, John M. Darrah, J., entered October 23, 1987. *Dismissed* by unpublished per curiam opinion.